**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| HIEN ANH DAO,<br><br>             Petitioner,<br><br>    v.<br><br>JOSEPH R. TUGGLE, Warden,<br><br>             Respondents. | Case No. CV 25-00725-KK(AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND**<br><br>**RECOMMENDATIONS OF UNITED**<br><br>**STATES MAGISTRTE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. After having made a <u>de novo</u> determination of the portions of the Report and Recommendation ("R&R") to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

In sum, Petitioner's Objections do not cause the Court to reconsider its decision to accept the Magistrate Judge's conclusions and recommendations.

**IT IS ORDERED** that Respondent's motion to dismiss be granted and that Judgment be entered denying the Petition and dismissing this action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

DATED: 11/5/2025

KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE