JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

HIEN ANH DAO,

                Petitioner,

    v.

JOSEPH R. TUGGLE, Warden,

                Respondents.

Case No. CV 25-00725-KK(AS)

**JUDGMENT**

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    **IT IS ADJUDGED** that the Petition is denied and dismissed without prejudice.

DATED: 11/5/2025

_____
KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE